FILED

01/31/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0416



# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 21-0416

| | |
|---|---|
| **JESS ROMO**, et al., | ) |
| | ) |
| Plaintiffs/Appellees, | ) |
| | ) |
| v. | ) |
| | ) |
| **USA BIOFUELS, LLC,** Utah Limited | ) |
| Liability Corporation**; VITALITY** | ) |
| **NATURAL HEALTH LLC; EUREKA** | ) |
| **93 INC.; GREG RANGER; DAVID** | ) |
| **RENDIMONTI; COREY SHIRLEY;** | ) |
| **OWEN KENNEY; ROBERT** | ) **ORDER GRANTING** |
| **LEAKER, SEAN POLI; STEPHEN** | ) **UNOPPOSED MOTION FOR** |
| **ARCHAMBEAULT; KENT** | ) **EXTENSION OF TIME TO** |
| **HOGGAN; VITALITY CBD** | ) **TRANSMIT THE RECORD** |
| **NATURAL HEALTH PRODUCTS,** | ) |
| **INC.; SURETY LAND** | ) |
| **DEVELOPMENT; LLC,** Utah Limited | ) |
| Liability Corporation**; AND JOHN** | ) |
| **DOES 11-15**, | ) |
| | ) |
| Defendants/Appellants. | ) |

Upon unopposed motion of Appellants and good cause appearing,

**IT IS HEREBY ORDERED** that the Court Reporter shall have until March 15, 2022, to prepare, file, and serve the transcript in this matter.

DATED this _____ day of _____, 2022.

_____
CHIEF JUSTICE


cc:    Ross Johnson
       Mark D. Parker
       Robert J. Phillips

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 31 2022